82,289-01

Cause no. 08-06-18491-CRA
WR-82,289-01

The State Of Texas     *   In The 82nd District Courts

                 x

VS.                   *   OF

                 x

DeCory Antonie McGrew   x   Robertson County, Texas

                 x

                 x

                 x

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

### Written Notice Of Appeal

To The Honorable Judge of Said Court:

Now Comes DeCory McGrew Defendant, in the above styled and numbered Cause, and within 30 days of the order Denying Post Conviction 11.07 writ, being imposed, the Defendant files this his written Notice of Appeal of said order to the Court of Appeals, DeCory McGrew

ON November 26 2014, this Court entered an order denying Post Conviction 11.07 writ, regarding this Cause.

Wherefore. Premises Considered, Defendant prays this notice of Appeal be entered of record.

Respectfully Submitted

DeCory McGrew
TDCJ# 1573565
264 FM 3478
Huntsville Texas
77320